# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM B. TURNER,
                         Appellant,
                  vs.
THE STATE OF NEVADA; THE STATE
OF NEVADA DEPARTMENT OF
CORRECTIONS; AND WARDEN
WILLIAM HUTCHINGS,
                         Respondents.

No. 84207

**FILED**

FEB 2 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Erika D. Ballou, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order dismissing appellant's petition on December 19, 2021. The district court served notice of entry of that order on appellant on December 20, 2021. However, appellant did not file the notice of appeal until February 3, 2022, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-06191

cc: Hon. Erika D. Ballou, District Judge
William B. Turner
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk